IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                            No. 4:08CR00321 SWW

DAVID MEDRANO aka DAVID OSUNA

## FINAL ORDER OF FORFEITURE

WHEREAS, on May 28, 2009, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

**one Firestar 9mm pistol, serial number 2121948;**

**one Savage 30-06 bolt action rifle, serial number F320074;**

**one Mossberg 500A .12 gauge shotgun, serial number P029959;**

**one H & R Sportsman single action .22 caliber revolver, serial number 814993;**

**one Smith & Wesson Airweight .38 Special revolver, serial number obliterated;**

**all ammunition seized from his residence on or about July 17, 2008.**

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on July 22, 2009, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to  U.S.C. Title 18, U.S.C. § 924(d) and Title 28 U.S.C. § 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

**one Firestar 9mm pistol, serial number 2121948;**

**one Savage 30-06 bolt action rifle, serial number F320074;**

**one Mossberg 500A .12 gauge shotgun, serial number P029959;**

**one H & R Sportsman single action .22 caliber revolver, serial number 814993;**

**one Smith & Wesson Airweight .38 Special revolver, serial number obliterated;**

**all ammunition seized from his residence on or about July 17, 2008.**

are hereby forfeited to the United States of America pursuant to Title 21 U.S.C. § 853(p) and Title 18, U.S.C. § 924(d) and Title 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED  that all right, title, and interest in all of the  property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 29th day of September, 2009.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE